UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff

vs.

Hector Guillermo Farias-Becerra, et al.

Defendant(s)

CRIMINAL NO. 07CR3179-W
07mj2607

ORDER

RELEASING MATERIAL WITNESS

Booking No. 06514298

On order of the United States District/Magistrate Judge, CATHY ANN BENCIVENGO

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Quing Lin #05537298

DATED: 11-27-07

CATHY ANN BENCIVENGO

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by [signature]
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

★ U.S. GPO: 2003-581-774/70082