PROB 12B
(04/08)

FILED
Jun 25 2008
JUL - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**FOR THE**
**SOUTHERN DISTRICT OF CALIFORNIA**

**Request for Modifying the Conditions or Term of Supervision**
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Roxanna TIZNADO-Navarrete (Spanish) **Dkt No.:** 07-CR-3179-002-W

**Name of Sentencing Judicial Officer:** The Honorable Thomas J. Whelan, U.S. District Judge

**Sentence:** 8 months custody, 2 years supervised release. (*Special Conditions: See Attached Judgment and Commitment Order.)*

**Date of Sentence:** February 25, 2008 **Date Supervised Release Commenced:** July 3, 2008

**Prior Violation History:** None.

---

**PETITIONING THE COURT**

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

Reside in a Residential Reentry Center (RRC) as directed by the probation officer for a period of up to 120 days.

**CAUSE**

Ms. Tiznado's release date from the Bureau of Prisons is scheduled for July 3, 2008. The offender has no release plan in place as to where she will live. She indicates that she does not wish to return to Tijuana, B.C., Mexico, long-term, where her mother and children reside, until she has found employment and is able to provide some stability. The Bureau of Prisons provided her with only a two-week transitional period through the Residential Re-entry Center (RRC) and she did not have valid identification to obtain employment. She is awaiting the receipt of her identification and hopes to find work shortly thereafter. Ms. Tiznado agreed to sign the attached waiver to modify the conditions of supervised release, in order to obtain an RRC placement of up to 120-days, as directed by the probation officer, which will provide her more time to become transition into the community.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on: June 25, 2008**

Respectfully submitted:

by ______________________
Lori Hamilton
U.S. Probation Officer
(619) 409-5118

Reviewed and approved:

______________________
Robert J. Walford
Supervising U.S. Probation Officer

Attachments

**THE COURT ORDERS:**

__X__ The Modification of Conditions as Noted Above

_____ Other ______________________________

______________________________
The Honorable Thomas J. Whelan
U.S. District Judge

6/30/08
Date

jt